UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

    JAMES E. SHELTON
    v.
    PRIORITY CONCEPTS INC.

    NOTICE OF MOTION
    TO ADMIT COUNSEL
    PRO HAC VICE

-----------------------------------------------------------X

TO:    Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **ANDREW ROMAN PERRONG** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **PERRONG LAW LLC** and a member in good standing of the bar(s) of the State(s) of **PENNSYLVANIA**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **JAMES E. SHELTON**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: APRIL 5, 2024

Respectfully submitted,

*/s/ Andrew R. Perrong/*
Signature of Movant
Firm Name  PERRONG LAW LLC
Address  2657 MOUNT CARMEL AVE
GLENSIDE, PA 19038
Email  A@PERRONGLAW.COM
Phone  215-225-5529



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Andrew Roman Perrong, Esq.*

**DATE OF ADMISSION**

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 15, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk