UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JAMES E. SHELTON

                Plaintiff(s),

v.

PRIORITY CONCEPTS INC.

                Defendant(s).

---

2:24-cv-02581

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, ANDREW ROMAN PERRONG, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Perrong Law LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 333687
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:24-cv-02581 for Plaintiff James E. Shelton.

Date 4/5/24
Glenside, PA

Signature of Movant
Firm Name PERRONG LAW LLC
Address 2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038
Email A@PERRONGLAW.COM
Phone 215-225-5529

**NOTARIZED**

Notary: Mariah C. Villasenor Serrano
04/05/24 Sig: [signature]

Commonwealth of Pennsylvania - Notary Seal
Notary Public
MARIAH C VILLASENOR SERRANO
Philadelphia County
My Commission Expires May 25, 2027
Commission Number 1434935