AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>PRIORITY CONCEPTS INC.,<br>*Defendant, Third-party plaintiff*<br>v.<br>SHOPPUN INC.<br>*Third-party defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-02581 (GRB)(JMW) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   SHOPPUN INC.
181 E. Tasman Dr., Ste. 20, No. 109
San Jose, CA 95134

   A lawsuit has been filed against defendant   PRIORITY CONCEPTS INC.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   JAMES E. SHELTON  .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

> Michael R. Yellin, Esq., Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601, Tel: 201-489-3000, myellin@coleschotz.com

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew Roman Perrong, Esq., Perrong Law LLC, 2657 Mount Carmel Avenue, Glenside, PA 19038, Tel: 215-225-5529, a@perronglaw.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*