AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>PRIORITY CONCEPTS INC.,<br>*Defendant, Third-party plaintiff*<br>v.<br>SHOPPUN INC. 181 E. Tasman Dr., Ste. 20, No. 109 San Jose, CA 95134<br>*Third-party defendant* | Civil Action No. 2:24-cv-02581 (GRB)(JMW) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* SHOPPUN INC.
181 E. Tasman Dr., Ste. 20, No. 109
San Jose, CA 95134

A lawsuit has been filed against defendant PRIORITY CONCEPTS INC., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff JAMES E. SHELTON.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Michael R. Yellin, Esq., Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601, Tel: 201-489-3000, myellin@coleschotz.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Roman Perrong, Esq., Perrong Law LLC, 2657 Mount Carmel Avenue, Glenside, PA 19038, Tel: 215-225-5529, a@perronglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 5/6/2024



CLERK OF COURT

*Jazmin Cubano*
Signature of Clerk or Deputy Clerk