**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

                                **Plaintiff(s),**

        v.

PRIORITY CONCEPTS INC.,

                                **Defendant(s).**

---------------------------------------------------------

2:24-cv-02581 (GRB)(JMW)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

I, Arnold P. Picinich, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of _____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New Jersey and New York.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: #198622016/#5537717
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:24-cv-02581 (GRB)(JMW) for Defendant PRIORITY CONCEPTS INC.

Date 5/16/24
Hackensack, NJ

**NOTARIZED**

**Arnold P. Picinich**
Digitally signed by: Arnold P. Picinich
DN: CN = Arnold P. Picinich email = apicinich@coleschotz.com C = US O = Cole Schotz P.C.
Date: 2024.05.11 18:29:52 -04'00'

Signature of Movant
Firm Name Cole Schotz P.C.
Address 1325 Avenue of the Americas, FL. 19
New York, New York 10119

Email apicinich@coleschotz.com
Phone 212-752-8000

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ARNOLD PAUL PICINICH III** (No. **198622016**) was constituted and appointed an Attorney at Law of New Jersey on **November 10, 2016** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **13th** day of **May**, 20 **24**.



*Clerk of the Supreme Court*



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Arnold Paul Picinich

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 18, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on May 13, 2024.

*Robert D. Mayberger*

Clerk of the Court

CertID-00174249



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022