UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
JAMES E. SHELTON, individually and on behalf of all others similarly situated, Plaintiff

v.

PRIORITY CONCEPTS INC., Defendant

v.

SHOPPUN INC., third-Party Defendant
---------------------------------------------------------X

2:24-cv-02581 (GRB)(JMW)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Opposing Counsel
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Jamie P. Clare** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Cole Schotz P.C.** and a member in good standing of the bar(s) of the State(s) of **New Jersey**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **PRIORITY CONCEPTS INC.**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: May 16, 2024

/s/ Jamie P. Clare
Signature of Movant
Firm Name: Cole Schotz P.C.
Address: 1325 Avenue of the Americas, 19th FL
New York, New York 10119
Email: jclare@coleschotz.com
Phone: 212-752-8000