**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

                          **Plaintiff(s),**

        v.

PRIORITY CONCEPTS INC.,

                          **Defendant(s).**

---------------------------------------------------------

2:24-cv-02581 (GRB)(JMW)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Jamie P. Clare, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of _____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New Jersey.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 057961993
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:24-cv-02581 (GRB)(JMW) for Defendant PRIORITY CONCEPTS INC.

Date 5/16/24
Hackensack, NJ

**NOTARIZED**

**Jamie P. Clare**
_____
Digitally signed by: Jamie P. Clare
DN: CN = Jamie P. Clare email = jclare@coleschotz.com C = US O = Cole Schotz P.C.
Date: 2024.05.11 18:39:13 -04'00'

Signature of Movant
Firm Name Cole Schotz P.C.
Address 1325 Avenue of the Americas, FL. 19
New York, New York 10119

Email jclare@coleschotz.com
Phone 212-752-8000

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JAMIE PETER CLARE** *(No.* **057961993** *) was constituted and appointed an Attorney at Law of New Jersey on* **July 08, 1994** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **13th** *day of* **May** *, 20* **24** *.*



*Clerk of the Supreme Court*