AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| JAMES E. SHELTON, individually and on behalf of all c | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-02581-GRB-JMW |
| PRIORITY CONCEPTS INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shoppun, Inc.                                                                                                       .

Date: 05/20/2024

*/s/ Eden Quainton*
*Attorney's signature*

Eden P. Quainton EQ7030
*Printed name and bar number*

Quainton Law, PLLC
2 Park Ave., 20th Fl.
New York, NY 10016

*Address*

eden.quainton@quaintonlaw.net
*E-mail address*

(212) 419-0575
*Telephone number*

(212) 376-5699
*FAX number*