**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------

-JAMES E. SHELTON

                       Plaintiff(s),

        v.

PRIORITY CONCEPTS INC.

                 Defendant(s).

-------------------------------------------------------

2:24-cv-02581_____

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, __Anthony Paronich_____, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Partner_____ with the law firm of __Paronich Law, P.C._____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Massachusetts_____.
4. There are no pending disciplinary proceedings against me in any state or federal court.True
5. I __Have not_____ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __Have not_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case   24-cv-2581___ for ___Plaintiff_____ _____.

Date: May 21, 2024

__Plymouth_____, MA

**NOTARIZED**

*Anthony J. Paronich*
_____
Signature of Movant
Firm Name __Paronich Law, P.C._____
Address __350 Lincoln Street, Suite 2400_____
__Hingham, MA 02043_____
_____
Email __anthony@paronichlaw.com_____
Phone __(617) 485-0018_____

**DESCRIPTION OF ATTACHED DOCUMENT**

Title of Type of Document: Jurat    Affidavit

Document Date: 05/21/2024

Number of Pages (including notarial certificate): 2

State of Florida

County of Broward County

Sworn to (or affirmed) and subscribed before me by means of online notarization, this 05/21/2024 by Anthony Paronich.



ALI R ABDELKARIM
Notary Public - State of Florida
Commission # HH 210661
Expires on December 26, 2025

Ali R Abdelkarim

___ Personally Known OR __✓__ Produced Identification

Type of Identification Produced  DRIVER LICENSE