## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Priority Concepts Inc.<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil File No. 2:24-cv-02581-GRB-JMW<br><br><br><br>**COMPLAINT – CLASS ACTION** |

### MOTION FOR EXTENSION OF TIME TO COMPLETE PROPOSED RULE 26(f) SCHEDULING ORDER

On May 1, 2024, this Court entered an order directing the parties to submit a proposed Rule 26(f) scheduling order in the format required by the Court by today, June 3, 2024. (ECF No. 9). Counsel for Plaintiff respectfully requests that this Court extend the deadline by one day.

The reason for the extension request is that counsel require additional time to discuss disagreements in the proposed order and to finalize their submissions. To that end, pursuant to Rule 26(f)(3), the parties intend to meet and confer tomorrow on June 4 and submit a proposed scheduling order by the end of the day on June 4, 2024.

RESPECTFULLY SUBMITTED AND DATED this June 3, 2024.

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*