**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

PRIORITY CONCEPTS, INC.,

        Defendant/Third-Party Plaintiff,

-against-

SHOPPUN INC.

        Third-Party Defendant.

Case No. 2:24-CV-02581 (GRB)(JMW)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(c)(1)(A)(i), Defendant/Third-Party Plaintiff, Priority Concepts, Inc., by and through its undersigned counsel, hereby gives notice that the Third-Party Defendant, Shoppun Inc., is voluntarily dismissed without prejudice, and the Third-Party Complaint against Shoppun Inc. is voluntarily dismissed, without prejudice.

At this time, Shoppun Inc. has not filed a responsive pleading, and no evidence has been introduced at any hearing or trial.

DATED: New York, New York
              June 6, 2024

**COLE SCHOTZ P.C.**

*Attorneys for Plaintiff, Priority Concepts, Inc.,*

  */s/ Arnold P. Picinich, Esq.*
Michael R. Yellin, Esq.
Joseph Barbiere, Esq. (admitted *pro hac vice*)
Jamie P. Clare, Esq. (admitted *pro hac vice*)
Arnold P. Picinich, Esq. (admitted *pro hac vice*)

1325 Avenue of the Americas, 16th Floor
New York, NY 10022-4728
Telephone: (212) 752-8000
Email: myellin@coleschotz.com
       jbarbiere@coleschotz.com
       jclare@coleschotz.com
       apicinich@coleschotz.com

64931/0009-47848853