**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE      DATE:  06/10/2024
                                                   TIME:  11:00 AM
                                                   ☐ **SEALED PROCEEDING**

**CIVIL CAUSE FOR INITIAL CONFERENCE**
**CASE:  2:24-cv-02581-GRB-JMW-Shelton v. Priority Concepts Inc.**

APPEARANCES:

    For Plaintiff:      Anthony Paronich, Andrew Roman Perrong

    For Defendant:      Arnold P. Picinich

Court Reporter/FTR:      10:58-11:02 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Initial Conference held.

☒ The parties summarized the details of the case.

☒ Following discussion with counsel and review of the submitted worksheet, the Court adopted a Scheduling Order which is attached at ECF No. 20.

☒ A Status Conference has been scheduled for **November 12, 2024 at 10:30 AM** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.  This conference is a public proceeding, and all are welcome to attend via telephone or via video.  If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.

☒ A Final Pretrial Conference has been scheduled for **April 7, 2025 at 10:00 AM** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.  This conference is a public proceeding, and all are welcome to attend via telephone or via video.  If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.  A joint proposed pretrial order ("JPTO") in compliance with the Individual Practice Rules of the Hon. Gary R. Brown, signed by counsel for each party, must be filed on ECF at least five (5) business days prior to this conference. If a motion for summary judgment is pending, the final pretrial conference will be cancelled and filing of the JPTO will be held in abeyance.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/*James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge