IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIORITY CONCEPTS INC.<br><br>Defendant. | Civil File No. 2:24-cv-2581 |

**STIPULATION TO FILE AMENDED COMPLAINT**

As provided for in Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate and agree as follows:

1. Defendant consents to the filing of a first amended complaint without conceding the veracity of any of the allegations contained therein.

Dated: October 11, 2024

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed classes*

1