UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **James E. Shelton** <br> *Plaintiff* <br><br> v. <br><br> **Priority Concepts Inc., Shoppun Inc.** <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 2:24-cv-02581-GRB-JMW <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

Vincent Nguyen, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of California.That on October 23, 2024, at 11:49 am at 181 East Tasman Drive, ste 20 109, San Jose, CA 95134, Deponent served the within SUMMONS , FIRST AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL , with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: SHOPPUN INC. (hereinafter referred to as "subject") by leaving the following documents with G Virk who as UPS Clerk authorized to accept is authorized by appointment or by law to receive service of process for SHOPPUN INC..

Additional Description:
Per UPS company policy: they cannot denied or confirm the subject PO Box . However they are authorized and willing to accept.

Unknown Race Male, est. age 25-34, glasses: N, Black hair, 220 lbs to 240 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=37.4123601296,-121.938704152
Photograph: See Exhibit 1

Total Cost: $125.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

<u>  Santa Clara County                     </u>,

<u>    CA     </u> on <u>  10/29/2024              </u>.

/s/ *Vincent Nguyen*
_____
Signature
Server Name: Vincent Nguyen
License#: 1468

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)