# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRIORITY CONCEPTS INC.**<br><br>**AND**<br><br>**SHOPPUN INC.**<br><br>*Defendants.* | Case No. 2:24-cv-02581-(GRB)(JMW) |

## NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff files this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41 of all claims against Shoppun Inc.

Dated: January 1, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed classes*

1