IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRIORITY CONCEPTS INC.**<br><br>*Defendant*. | Case No. 2:24-cv-02581-(GRB)(JMW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) of all claims between James Everett Shelton and Priority Concepts, Inc.

Dated: January 3, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

COLE SCHOTZ P.C.
*Attorneys for Defendant,*
*Priority Concepts, Inc.*


By:        */s/ Michael Yellin*
Michael Yellin
1325 Avenue of the Americas
Suite 1900
New York, NY 10019
(212) 752-8000